UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-53 RSM |
| | ) | |
| Plaintiff, | ) | ~~(Proposed)~~ |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID KELLEY, | ) | |
| Defendant. | ) | |
| | ) | |

The court has considered the unopposed defense motion to proceed with a

plea hearing by video.  For the reasons set forth therein, and pursuant to General

Order 16-21, the court finds that the plea hearing in that case should not be further

delayed and directs that this matter be scheduled for a plea hearing by way of

video.

ORDERED this _7_ day of January, 2022.

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney